IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DILKS & KNOPIK LLC IN RE: BETTY WHITAKER

vs

CASE NO  08-40641
CHAPTER:  13

DATE:  October 28 2014
PLACE:  East St Louis

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  Pro Se                                             Fails to Appear

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS:**  Application for Unclaimed Funds

**MINUTES OF COURT:**

Case is called for hearing on the Application for Unclaimed Funds filed by Dilks & Knopik LLC.  The Application is Denied until Dilks & Knopik LLC files a Motion to Reopen and Assignment of Claim.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Kim Billhartz
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY.  THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**